**Anthony D. DRUITT, Plaintiff—Appellant,**

v.

**THE COLLEGE OF WILLIAM AND MARY; Williamsburg Area Transport Company, Defendants—Appellees.**

No. 05–1280.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Aug. 30, 2005.

Anthony D. Druitt, Appellant Pro Se. Deborah Love Feild, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony D. Druitt appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Druitt v. The Coll. of William & Mary,* No. CA–04–128 (E.D.Va. Feb. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*